# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

IN RE:  RAMON NAVARRO            CASE NO. 19-31350
       Debtor                                    CHAPTER 13
_____

## TRUSTEE'S OBJECTION TO CONFIRMATION
_____

COMES NOW the Chapter 13 Trustee, Debra L. Miller, and for her Objection to Confirmation states as follows:

1) Trustee objects to confirmation as the disposable income test has not been met under 11 U.S.C. § 1325(b)(2) and (3) as:

    (a) The debtor proposes to pay unsecured claims in full.  Because the debtor had over $40,000 in gambling losses in 2018 and also gambled in 2019, the debtor must pay his full disposable income on Schedule J so he does not have additional income with which to gamble.  He must also annually certify that he has not gambled and also that he remains current on his criminal restitution, which is being paid directly.

WHEREFORE, the Trustee objects to confirmation of the proposed Plan for failure to meet the requirements of 11 U.S.C. §1325(a) and (b).

Dated:  October 9, 2019                                  /s/ Katherine Iskin #33679-71
                                                                                Katherine Iskin, Staff Attorney
                                                                                Debra L. Miller, Chapter 13 Trustee
                                                                                P.O. Box 11550
                                                                                South Bend, IN 46634
                                                                                (574) 254-1313

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached was sent on October 9, 2019

By U.S. Mail to the Debtor and Debtor's Attorney as follows:
    Debtor: Ramon Navarro, 306 West Oakridge Ave., Goshen, IN 46528
By electronic e-mail to the Debtor's Attorney and the U.S. Trustee
    Debtor's Attorney: Mark P. Telloyan
    U.S. Trustee: ustpregion10.so.ecf@usdoj.gov

    /s/ Suzanne Hall